IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NICKEY GREGORY COMPANY
MIAMI, LLC

        Plaintiff

vs.                                    Case No. 1:15-cv-21525-DPG

SUNRISE FRESH PRODUCE, INC., and
SUNRISE INTERNATIONAL, LLC T/A
SUNRISE FRESH PRODUCE and LICI
CADAVID, individually, and ROBERT A.
ARTHUR, individually, and KALAIVANI
ARTHUR, individually

        Defendants
_____/

## ORDER APPROVING STIPULATION OF SETTLEMENT

UPON CONSIDERATION of the Stipulation of Settlement between Plaintiff, Nickey Gregory Company Miami, LLC and Defendants Sunrise International, LLC t/a Sunrise Fresh Produce, Robert A. Arthur, and Kalaivani Arthur, and it appearing to the satisfaction of the Court that relief in accordance with the terms of the Stipulation of Settlement should be granted, it is hereby,

**ORDERED** that the Stipulation of Settlement is approved in its entirety; and it is further

**ORDERED** that this Court shall retain jurisdiction over this action and the parties thereto during the pendency of the application of the Stipulation of Settlement in order to enforce the terms and conditions thereof; and it is further

**ORDERED** that this case be administratively closed, but may be reopened to enforce the terms and conditions of the Stipulation of Settlement or on motion of a party showing good cause; and it is further

**ORDERED** that in the event counsel for Plaintiff files a Declaration of default, and a

1

timely objection is filed by Defendants, this Court shall hold an expedited hearing on entry of the Order and Final Judgment in order to avoid the dissipation of trust assets. *Frio Ice, S.A. v. Sunfruit, Inc.*, 918 F.2d 154 (11th Cir. 1990); and it is further

**ORDERED** that the Temporary Restraining Order entered by the Court on June 2, 2015 and extended by Court order on June 8, 2015 is hereby dissolved, and the hearing on Nickey Gregory's Motion for Preliminary Injunction scheduled for June 25, 2015 is cancelled.

**SO ORDERED:**

ENTERED this _____ day of _____, 2015.

_____
**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**