IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

NICKEY GREGORY COMPANY
MIAMI, LLC,

    Plaintiff,

vs.            Case No. 1:15-cv-21525-DPG

SUNRISE FRESH PRODUCE, INC., and
SUNRISE INTERNATIONAL, LLC T/A
SUNRISE FRESH PRODUCE and LICI
CADAVID, individually, and ROBERT A.
ARTHUR, individually, and KALAIVANI
ARTHUR, individually,

    Defendants.
_____/

## ORDER APPROVING STIPULATION OF SETTLEMENT

**THIS CAUSE** comes before the Court upon the Parties Stipulation of Settlement, and it appearing to the satisfaction of the Court that relief in accordance with the terms of the Stipulation of Settlement should be granted.  It is hereby,

**ORDERED** that the Stipulation of Settlement is approved in its entirety.  It is further

**ORDERED** that this Court shall retain jurisdiction over this action and the parties thereto during the pendency of the application of the Stipulation of Settlement in order to enforce the terms and conditions thereof.

**ORDERED** that this case shall be administratively **CLOSED**, and all pending motions are **DENIED** as moot.

**ORDERED** that in the event counsel for Plaintiff files a Declaration of default, and a timely objection is filed by Defendants, this Court shall hold a hearing on entry of the Order and Final Judgment in order to avoid the dissipation of trust assets.  *See Frio Ice, S.A. v. Sunfruit, Inc.*, 918 F.2d 154 (11th Cir. 1990).  It is further

**ORDERED** that the Temporary Restraining Order entered by the Court on June 2, 2015, and extended by Court order on June 8, 2015, is hereby dissolved, and the hearing on Nickey Gregory's Motion for Preliminary Injunction scheduled for June 23, 2015, is cancelled.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of June, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:   Magistrate Judge Turnoff
      All Counsel of Record